# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

WILLIAM K. CARTER,

v.

QUINTON WHITE, et al.,            CASE NUMBER:    1:04-1293-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 6/30/2005, this case is hereby DISMISSED. It is further CERTIFIED that any Appeal by plaintiff is not taken in good faith.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/5/05                            BY:  C. Heard
DATE                                   DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7/6/05 .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:04-CV-01293 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

William K. Carter
HCCA-WHITEVILLE
136885
P.O. Box 549
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT